The Haegele Ice Company, plaintiff and appellee, v. Otto Tunkl and Louis I. Gottlieb, defendants. Appeal of Louis I. Gottlieb, appellant. Gen. No. 28,410.

Claim for ice sold and delivered. Joint judgment against defend-

ants. Appeal from the Municipal Court of Chicago; the Hon. Albert N. Gualano, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed October 2, 1923.

G. A. Buresh, for appellant. Good, Childs, Bobb & Wescott, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.